```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY


FRANK MATREALE,                  :
                                 :
        Plaintiff,               :    HONORABLE JOSEPH E. IRENAS
                                 :
    v.                           :    CIVIL ACTION NO. 05-2032 (JEI)
                                 :
STATE OF NEW JERSEY              :
DEPARTMENT OF MILITARY &         :    ORDER GRANTING DEFENDANTS'
VETERANS AFFAIRS, and THE        :    MOTIONS FOR SUMMARY JUDGMENT
NATIONAL GUARD OF THE UNITED     :    (Docket Nos. 7 and 8)
STATES                           :
                                 :
        Defendants.              :
```

**APPEARANCES:**

William A. Riback, Esq.
527 Cooper Street
Second Floor
Camden, New Jersey 08102
    Counsel for Plaintiff

ZULIMA V. FARBER, ATTORNEY GENERAL OF NEW JERSEY
By: Michelle A. Daitz, Esq.
Deputy Attorney General
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625-0112
    Counsel for Defendant State of New Jersey Department of
    Military & Veterans Affairs

CHRISTOPHER J. CHRISTIE, UNITED STATES ATTORNEY
By: Dorothy J. Donnelly, Esq.
402 East State Street
Room 430
Trenton, New Jersey 08608
    Counsel for Defendant-Intervenor National Guard of the United
    States


**IRENAS**, Senior District Judge:

    This matter having appeared before the Court on the Motions

for Summary Judgment of Defendant State of New Jersey Department of Military and Veterans Affairs (Docket No. 8), and Defendant-Intervenor National Guard of the United States (Docket No. 7), the Court having considered the submissions of the parties, and for the reasons set forth in an Opinion issued by this Court on even date herewith, and for good cause appearing;

**IT IS** on this  8th  day of March, 2006,

**ORDERED THAT:**

The Motions for Summary Judgment are hereby **GRANTED**.

s/*Joseph E. Irenas*
JOSEPH E. IRENAS, S.U.S.D.J.